AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

**V.**

MOISES LAST NAME UNKNOWN (LNU)

### CRIMINAL COMPLAINT

CASE NUMBER: MJ* 05-834-dBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about  11/18/04, 12/21/04 and 2/3/05  in  Middlesex  county, in the

_____ District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer an identification document, authentication feature, or a false identification document knowing that such
document or feature was stolen or produced without lawful authority

in violation of Title  18  United States Code, Section(s)  1028(a)(2) .

I further state that I am a(s)  Special Agent, ICE  and that this complaint is based on the following
<br>Official Title

facts:

See attached affidavit of S.A. Randy Reeves

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

05-13-2005  @ 2:30 PM  at  Boston, Massachusetts
<br>Date  City and State

MARIANNE B. BOWLER
<br>U.S. MAGISTRATE JUDGE

Marianne B. Bowler, USMJ

Name & Title of Judicial Officer  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.