UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **05CR10146JLT** |
| | ) | CRIMINAL NO.: |
| v. | ) | |
| | ) | VIOLATIONS: |
| MOISES FELISBERTO VIEIRA | ) | 18 U.S.C. §1028(a)(2) – |
| | ) | (Transfer of False |
| | ) | Identification Documents) |
| | ) | |

INFORMATION

**COUNT ONE**: **(Title 18, United States Code, Section 1028(a)(2)- Transfer of False Identification Documents)**

The United States Attorney charges that:

Between in or about November of 2004 through in or about February of 2005, at Burlington and elsewhere, in the District of Massachusetts,

**MOISES FELISBERTO VIEIRA,**

the defendant herein, did knowingly transfer false identification documents, to wit, counterfeit Social Security account number cards and counterfeit alien registration cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DONALD L. CABELL
Assistant U.S. Attorney

June 13, 2005

05CR10146JLT

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** ICE

**City** Burlington     **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 05-mj-00834-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name MOISES FELISBERTO VIEIRA     Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date: _____ SS#: _____ Sex: M Race: HISPANIC Nationality: BRAZILIAN

Defense Counsel if known: Victoria Bonilla     Address: Bourbeau and Bonilla, 77 Central St. 2nd floor, Boston, MA 02109

Bar Number: _____

**U.S. Attorney Information:**

AUSA DONALD L. CABELL     Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No     List language and/or dialect: PORTUGUESE

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date: May 19, 2005

☒ Already in Federal Custody as of May 19, 2005 in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☒ Information ☐ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 13, 2005     Signature of AUSA: _____

**05CR10146JLT**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant    MOISES FELISBERTO VIEIRA    _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1028(a)(2) | Transfer of Fraudulent Identification Docs. | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

ICE _____