UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10146-JLT |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | 18 U.S.C. §1028(a)(2) - |
| MOISES FELISBERTO VIEIRA | ) | (Transfer of False |
| | ) | Identification |
| | ) | Documents) |

<u>WAIVER OF INDICTMENT</u>

Defendant Moises Felisberto Vieira, after having been advised of the nature of the felony charges in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
MOISES FELISBERTO VIEIRA

_____
Victoria M. Bonilla-Argudo
Attorney for Defendant

Date: November 22, 2005

Approved
/s/ Tauro AJ
11/22/05